HEYDT-MUGLER COMPANY, INC., Respondent, *v.* WESTERMAN CONSTRUCTION CORPORATION et al., Appellants.

Supreme Court, Appellate Term, First Department, November 26, 1947.

*Lester Grossman* for respondent.

*Alfred W. Bergren* and *James B. Gallagher* for appellants.

Concur: HAMMER, HOFSTADTER and HECHT, JR., JJ.

IRVING SILVERSTEIN, Respondent, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

Supreme Court, Appellate Term, First Department, November 26, 1947.

*Benjamin M. Zelman* for respondent.

*Charles E. Murphy, Corporation Counsel (Seymour B. Quel, Michael A. Castaldi* and *Morris Weissberg* of counsel), for appellant.

Concur: HAMMER, HOFSTADTER and HECHT, JR., JJ.